# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-0533
_____

WILLIAM E. RENTSCHLER,

Appellant,

v.

THE BATTS COMPANY, a
Florida corporation and
DAVID G. ANDERSON, an
individual,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Thomas Beverly, Judge.

August 21, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul S. Boone, Fernandina Beach, for Appellant.

Kansas R. Gooden of Boyd & Jenerette, P.A., Jacksonville, for Appellees.